UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID M. SHIPP,<br><br>                                Plaintiff,<br><br>          -against-<br><br>DOROTHY FINK, ACTING SECRETARY,<br>DEPARTMENT OF HEALTH AND HUMAN<br>SERVICES,<br><br>                                Defendant. | 25-cv-0978 (LLS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the August 6, 2025, order, the Court dismisses this action, filed IFP under 28 U.S.C. § 1915(a)(1), for failure to state a claim on which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 8, 2025
            New York, New York

                                                  /s/ Louis L. Stanton
                                                   LOUIS L. STANTON
                                            United States District Judge